

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00187-CV

| | | |
|---|---|---|
| JOHNATHAN COOPER, Appellant | § | On Appeal from the 67th District Court |
| V. | § | of Tarrant County (067-330985-21) |
| | § | June 13, 2024 |
| JAMES WARREN ST. JOHN, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
    Justice Brian Walker